B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Western District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Camp Arrowhead, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**80-0072875** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**200 Arrowhead Rd. So.**<br>**Hunt, TX**  ZIP Code **78024** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kerr** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **Real Property Located in Hunt Texas (Property Location)** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Camp Arrowhead, Ltd.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)**

| Location <br> Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Camp Arrowhead, Ltd. |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

Carol E. Jendrzey 10617420
Printed Name of Attorney for Debtor(s)

Cox Smith Matthews Incorporated
Firm Name

112 E. Pecan Street, Suite 1800
San Antonio, TX 78205-1521

Address

210-554-5500  Fax: 210-226-8395
Telephone Number

11/30/09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Robert Ewing Bartell
Printed Name of Authorized Individual

Manager for General Partner of Camp Arrowhead, Ltd.
Title of Authorized Individual

11/30/09
Date

**CAMP ARROWHEAD, LTD**
**ACTION OF PARTNERS**
**BY WRITTEN CONSENT**

November 24, 2009

The undersigned, being the total partnership (collectively, the "Partners") of Camp Arrowhead, Ltd, a Texas limited partnership (the "Company"), do hereby consent to and adopt the following resolutions by written consent and direct that this Written Consent be filed in the minutes book of the Company:

Filing of Petition of Reorganization

RESOLVED, that in the judgment of the Partners of Camp Arrowhead, Ltd. (hereinafter referred to as the "Filing Entity"), it is desirable and in the best interests of the Filing Entity, its creditors, members and other interested parties that a voluntary petition for reorganization (the "Petition") be filed on behalf of the Filing Entity under the provisions of Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), for the Filing Entity for the purpose of reorganizing its financial affairs;

FURTHER RESOLVED, that Robert Ewing Bartell on behalf of the Ewing Gillis, LLC, the General Partner of the Filing Entity (referred to herein as the "Designated Officer") be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Filing Entity (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the Western District of Texas and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents, (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor in possession loan agreements and all first day motions and applications) necessary or desirable in connection with the foregoing, and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer may approve;

FURTHER RESOLVED, that the Designated Officer shall be, and he hereby is, authorized, directed and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that the law firm of Cox Smith Matthews Incorporated., be and they hereby are, authorized, empowered and directed to represent the Filing Entity, as debtor and debtor-in-possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered to retain on behalf of the Filing Entity such other attorneys, financial advisors and accountants as the Designated Officer so acting shall deem appropriate in his judgment;

FURTHER RESOLVED, that the Designated Officer, be and, is hereby authorized, directed and empowered from time to time in the name and on behalf of the Filing Entity to take such actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as the Designated Officer may deem necessary, advisable or proper to carry out and perform the obligations of the Filing Entity under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall, with the advice of counsel, approve the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Filing Entity;

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officer of the Filing Entity, he is hereby authorized, directed and empowered, in the name and on behalf of the Filing Entity, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may, with the advice of counsel, consider necessary or appropriate to enable the Filing Entity to carry out the intent and to accomplish the purpose of the foregoing resolutions; and

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer of the Filing Entity in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects.

We do further certify that said resolutions have not been altered, amended, or repealed, and are now in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 24 th day of November, 2009.

**GENERAL PARTNER:**

EWING GILLIS, LLC
A Texas Limited Liability Company
413 Sidney Baker
Kerrville, Texas 78028

By: _____
Name: Robert Ewing Bartell
Title: Manager

**LIMITED PARTNERS:**

By: _____
Name: Robert Ewing Bartell

By: Mark Gillis Bartell
Name: Mark Gillis Bartell
by Edmon G. Hall
attorney in fact

By: _____
Name: ~~Karen Bartell~~ Kathleen ~~Bartell~~ Martin

2758251.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re   Camp Arrowhead, Ltd.

Debtor(s)

Case No.

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Capital One Bank (USA), N.A. P.O. Box 60599 City of Industry, CA 91716 | Capital One Bank (USA), N.A. P.O. Box 60599 City of Industry, CA 91716 | | | 5,997.76 |
| Floyd Young 4113 Birch Blvd. Temple, TX 76502 | Floyd Young 4113 Birch Blvd. Temple, TX 76502 | | | 25,000.00 |
| Hibbs Hallmark & Company 501 Shelley Dr. P.O. Box 8357 Tyler, TX 75711 | Hibbs Hallmark & Company 501 Shelley Dr. P.O. Box 8357 Tyler, TX 75711 | | | 3,376.00 |
| Kelli Bartell P.O. Box 819 Hunt, TX 78024 | Kelli Bartell P.O. Box 819 Hunt, TX 78024 | | | 6,471.85 |
| Kerr Central Tax Office Diane Bolin - Tax Assessor Collector 700 Main St., Suite 124 Kerrville, TX 78028 | Kerr Central Tax Office Diane Bolin - Tax Assessor Collector 700 Main St., Suite 124 Kerrville, TX 78028 | | | 13,211.01 |
| Lee Bass Coolwater, LLC 201 Main Street, Suite 2600 Fort Worth, TX 76102 | Lee Bass Coolwater, LLC 201 Main Street, Suite 2600 Fort Worth, TX 76102 | | Contingent Unliquidated | 1.00 |
| Merchant Processing Center 371 Centennial Parkway Louisville, CO 80027 | Merchant Processing Center 371 Centennial Parkway Louisville, CO 80027 | | | 179.48 |
| Michele Gest 900 Woodcrest Drive Friendswood, TX 77546 | Michele Gest 900 Woodcrest Drive Friendswood, TX 77546 | | | 100.00 |
| Stephen M. Bartell Sherri Bartell 318 Deer Creek Boerne, TX 78006 | Stephen M. Bartell Sherri Bartell 318 Deer Creek Boerne, TX 78006 | | | 29,046.65 |
| Stewart T. Davis 236 Junction Hwy. Kerrville, TX 78028 | Stewart T. Davis 236 Junction Hwy. Kerrville, TX 78028 | | | 2,027.50 |

B4 (Official Form 4) (12/07) - Cont.

In re    Camp Arrowhead, Ltd.                      Case No. _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Valero - Diamond Shamrock Valero Marketing & Supply Company P.O. Box 300 Amarillo, TX 79105 | Valero - Diamond Shamrock Valero Marketing & Supply Company P.O. Box 300 Amarillo, TX 79105 | | | 870.05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Manager for General Partner of Camp Arrowhead, Ltd. of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   11/30/09          Signature _____

                                 Robert Ewing Bartell
                                 Manager for General Partner of Camp Arrowhead, Ltd.

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

*Exhibit B-2 to Appendix 5005:  If filing "bare-bones" petition, matrix, & 20 largest unsecured list.*

## United States Bankruptcy Court
### Western District of Texas

In re __Camp Arrowhead, Ltd.__        Debtor(s)      Case No. _____  
Chapter __11__

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☒ I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: __11\30\09__      Robert Ewing Bartell, Manager for General Partner of Camp Arrowhead, Ltd.

### PART II: DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: __11 30 09__      Carol E. Jendrzey 10617420, Attorney for Debtor  
112 E. Pecan Street, Suite 1800  
San Antonio, TX 78205-1521  
210-554-5500 Fax:210-226-8395

Adopted: December 1, 2004  
Best Case Bankruptcy